Louis Fasullo
Plaintiff,
V.
The People of the State of Illinois
Defendant.

United States District Court
Northern District of Illinois

**RECEIVED**
JUN 25 2009
Jun 25 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## Complaint:

The Plaintiff Louis Fasullo [Lead counsel prose] moves the Court pursuant to United States Constitution, 28 United States Code and Federal Rules of Civil Procedures.

Respectfully Submitted,
Louis Fasullo
Identification number 816987
[Lead counsel prose]
Elgin Mental Health Care Center
750 South State Street
Elgin, Il 60123
Phone # 847-742-1040

S. Louis Fasullo
D. 06-08-09

— See Continued —

— Grievances —

**09CV3849**
**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE MASON**

Grievances:

What Happened:

The Plaintiff Louis Fasullo is learned of a case# 07CV2392, and was wanting to be learned if the case has any relations to the Plaintiff Louis Fasullo's case, case# 06-404. In a Complaint that the Plaintiff Louis Fasullo wrote to Circuit Court Cook County, Louis Fasullo vs. The People of the State of Illinois, the Plaintiff Louis Fasullo wrote that this Louis Ranger, a Defendant in a Criminal case in Cook Co. has a charge of hate crimes, and isn't learned how to prosecute because he's not the Defendant but the victim; because of the pirating of television and radio, the insults has drove him to commit this stupid crime. Louis Ranger ain't an attorney and don't understand how to prosecute people that are broadcasting insults about him that could have been met for Louis Fasullo, and if Louis Ranger don't plea guilty is worried that he'll be made crazy. The Plaintiff Louis Fasullo has a Defendant named Carolina Fasullo in case# 06-404 Southern District of Illinois and because of the broadcasting violations, the insults that this Chicago Police Officer Anthony Abbate hears had made him assult and batter this Karolina Obrycka. Thus, the testimony of that Anthony Abbate was assulted or threaten could be true.

The Defendant is Responsible for Damages:

The Plaintiff Louis Fasullo believes that Karolina Obrycka played into the communications violations and when Anthony Abbate had enough of the threats wanted to arrest this

— See Continued —

P. 2 of 4

Karolina Obrycka but just wanted to go away, then to arrest the bartender because of the tyranny of who could arrest these rich people that have been violating the Plaintiff Louis Fasullo.

The Court Has Jurisdiction:

The Plaintiff Louis Fasullo believes that the NDIL has jurisdiction because they are in long arm of the violations, this case does involve Federal Communications Commission a federal law and this case is a diversity case because the judgment should be more than 75,000.00 dollars for the perjury that Karolina Obrycka tells that she didn't do anything to cause Chgo Police Officer Anthony Abbate to want to assault and batter Karolina Obrycka.

What the Plaintiff Whats the Court to do:

The Plaintiff Louis Fasullo wants a declaration of rights and what shall we do.

— see continued —

— 6 Month Certified Inmate Account —

— Certificate of Service —

## Motion for 6 Month Certified Inmate Account:

The petitioner Louis Fasullo moves the court pursuant to 28 USC section 1915.

The petitioner Louis Fasullo certifies that he doesn't have any money in his inmate acc, bank acc, real, auto or anything.

## Declaration Under Penalty of Perjury:

I the undersigned state (or certify, verify or declare) under penalty or perjury that I am the petitioner in the above action, that I have read the foregoing motion and affidavit, that the info. Contained therein is true and correct pursuant to 28 USC section 1746 and 18 USC section 1621.

## Certificate of Service:

I Louis Fasullo [lead counsel] certifies that he has mailed a copy, a letter to the clerk pursuant to 28 USC section 1915, that I really have no money for copies, that the clerk is to make copies for all parties and serve the copies at the courthouse files. Good Causes Shown.

Executed on D. 06-05-09                    s. Louis Fasullo